AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) EDOK Case No. 22-MJ-89-KEW |
| JOSE LUIS HERNANDEZ (36) a.k.a. "Cuate" | ) Case No. 4:20-cr-00179-SDJ-KPJ |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSE LUIS HERNANDEZ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Possess with the Intent to Distribute and Distribution of Methamphetamine, Cocaine, Heroin and Marijuana

Date: 09/01/2021

*David A. O'Toole*
*Issuing officer's signature*

City and state: Sherman, Texas

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 0 1 2021

BY
SEALED DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-179<br>Judge Jordan |
| ISMAEL ENRIQUE FERNANDEZ-VASQUEZ (1)<br>  a.k.a. "El Primo" "Primo" "Kike" "Kique"<br>  "Licenciado" "Lic"<br>YVETTE TOMASITA MONTEMAYOR (2)<br>  a.k.a. "La Guera" "La Wera" "La Prima"<br>SALVADOR RODRIGUEZ MORENO (3)<br>  a.k.a. "Salvador Moreno Rodriguez"<br>  "Chava" "Negro"<br>CYNTHIA ELVIRA ARANDA (4)<br>YANIRA YVETTE GONZALEZ (5)<br>MARIA DE LOURDES FERNANDEZ-VASQUEZ (6)<br>HOMERO VIDAURRI VARGAS (7)<br>  a.k.a. "Hummer"<br>SAUL HUERTA-HERNANDEZ (8)<br>JONATHAN SOTELO (9)<br>MICHELLE VEGA (10)<br>ISRAEL DAVID FERNANDEZ VASQUEZ (11)<br>  a.k.a. "Primo" "Guero"<br>RAFAEL NAVA (12)<br>LUIS FERNANDO ESPINOZA (13)<br>  a.k.a. "Pikachu"<br>JORGE LUIS CRUZ (14)<br>CARLOS LOPEZ, JR. (15)<br>  a.k.a. "Guero" "Laredo" "Gordo"<br>JOSHUA CHADWICK GARAY (16)<br>  a.k.a. "Red" "Fenway"<br>HECTOR ALONZO (17)<br>JOSE PLATA (18)<br>GIOVANNA TELLEZ (19)<br>  a.k.a. "Giovanna Cruz"<br>KEVIN ALEXIS ALVAREZ (20)<br>MARK ANTHONY LOPEZ (21) | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

Second Superseding Indictment
Page 1

| | |
|---|---|
| JOAQUIN JOEL MONTEMAYOR (22) | § |
| SERGIO LUIS TEJEDA NUNEZ (23) | § |
| a.k.a. "Checo" "Cheko" | § |
| SERGIO LEAL (24) | § |
| a.k.a. "El Bull" "Bull" | § |
| JOSE HUMBERTO CASTRO TREJO (25) | § |
| a.k.a. "Francisco Castro Trejo" "Paco: | § |
| "Pacoroo" | § |
| JOSE PORRAS CARMONA (26) | § |
| FRANCISCO JAVIER HERNANDEZ | § |
| CELAYA (27) | § |
| a.k.a. "Paquillo" | § |
| JOSE HUMBERTO BARRERA (28) | § |
| a.k.a. "Pepe" | § |
| LUIS EDMONDO VASQUEZ (29) | § |
| ERIC ALEXANDER MARTINEZ (30) | § |
| JAIME ENRIQUE GARZA JUAREZ (31) | § |
| ELIUD CHAPA MORALES (32) | § |
| JESSWEN RIVERA (33) | § |
| JAVIER NEIRA, JR. (34) | § |
| a.k.a. "Javi" | § |
| ROQUE RUBEN CELESTINO (35) | § |
| JOSE LUIS HERNANDEZ (36) | § |
| a.k.a. "Cuate" | § |
| JOSE FERNANDO HERNANDEZ | § |
| PERALES (37) | § |
| JORGE ELIAS GOLARTE (38) | § |
| DAVID ROBERT VELA (39) | § |
| a.k.a. "Primo" | § |

## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute and Distribution of
Methamphetamine, Cocaine, Heroin and

Marijuana)

That from sometime in or about September 2014, and continuously thereafter up to and including the date of this Second Superseding Indictment, in the Eastern District of Texas and elsewhere,

**Ismael Enrique Fernandez-Vasquez, a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic"**
**Yvette Tomasita Montemayor, a.k.a. "La Guera" "La Wera" "La Prima"**
**Salvador Rodriguez Moreno, a.k.a. "Salvador Moreno Rodriguez" "Chava" "Negro"**
**Cynthia Elvira Aranda**
**Yanira Yvette Gonzalez**
**Maria De Lourdes Fernandez-Vasquez**
**Homero Vidaurri Vargas, a.k.a. "Hummer"**
**Saul Huerta-Hernandez**
**Jonathan Sotelo**
**Michelle Vega**
**Israel David Fernandez Vasquez, a.k.a. "Primo" "Guero"**
**Rafael Nava**
**Luis Fernando Espinoza, a.k.a. "Pikachu"**
**Jorge Luis Cruz**
**Carlos Lopez, Jr., a.k.a. "Guero" "Laredo" "Gordo"**
**Joshua Chadwick Garay, a.k.a. "Red" "Fenway"**
**Hector Alonzo**
**Jose Plata**
**Giovanna Tellez, a.k.a. "Giovanna Cruz"**
**Kevin Alexis Alvarez**
**Mark Anthony Lopez**
**Joaquin Joel Montemayor**
**Sergio Luis Tejeda Nunez, a.k.a. "Checo" "Cheko"**
**Sergio Leal, a.k.a. "El Bull" "Bull"**
**Jose Humberto Castro Trejo, a.k.a. "Francisco Castro Trejo" "Paco" "Pacorro"**
**Jose Porras Carmona**
**Francisco Javier Hernandez Celaya, a.k.a. "Paquillo"**
**Jose Humberto Barrera, a.k.a. "Pepe"**
**Luis Edmondo Vasquez**
**Eric Alexander Martinez**
**Jaime Enrique Garza Juarez**
**Eliud Chapa Morales**

Jesswen Rivera
Javier Neira, Jr., a.k.a. "Javi"
Roque Ruben Celestino
Jose Luis Hernandez, a.k.a. "Cuate"
Jose Fernando Hernandez Perales
Jorge Elias Golarte
David Robert Vela, a.k.a. "Primo"

defendants, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), five kilograms or more of a mixture or substance containing a detectable amount of cocaine, 1 kilogram or more of heroin, and 1000 kilograms or more of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offenses charged in this Second Superseding Indictment, the defendants shall forfeit to the United States any property they may have used or intended to be used to commit or facilitate the offenses and/or property derived from proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 846.

All such proceeds and/or instrumentalities are subject to forfeiture by the

government.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____          9-1-21
Heather Rattan                      _____
Assistant United States Attorney    Date

Second Superseding Indictment
Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 01 2021

SEALED BY
DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:20-CR-179 |
| | § Judge Jordan |
| ISMAEL ENRIQUE FERNANDEZ-VASQUEZ (1) | § |
|   a.k.a. "El Primo" "Primo" "Kike" "Kique" "Licenciado" "Lic" | § |
| YVETTE TOMASITA MONTEMAYOR (2) | § |
|   a.k.a. "La Guera" "La Wera" "La Prima" | § |
| SALVADOR RODRIGUEZ MORENO (3) | § |
|   a.k.a. "Salvador Moreno Rodriguez" "Chava" "Negro" | § |
| CYNTHIA ELVIRA ARANDA (4) | § |
| YANIRA YVETTE GONZALEZ (5) | § |
| MARIA DE LOURDES FERNANDEZ-VASQUEZ (6) | § |
| HOMERO VIDAURRI VARGAS (7) | § |
|   a.k.a. "Hummer" | § |
| SAUL HUERTA-HERNANDEZ (8) | § |
| JONATHAN SOTELO (9) | § |
| MICHELLE VEGA (10) | § |
| ISRAEL DAVID FERNANDEZ VASQUEZ (11) | § |
|   a.k.a. "Primo" "Guero" | § |
| RAFAEL NAVA (12) | § |
| LUIS FERNANDO ESPINOZA (13) | § |
|   a.k.a. "Pikachu" | § |
| JORGE LUIS CRUZ (14) | § |
| CARLOS LOPEZ, JR. (15) | § |
|   a.k.a. "Guero" "Laredo" "Gordo" | § |
| JOSHUA CHADWICK GARAY (16) | § |
|   a.k.a. "Red" "Fenway" | § |
| HECTOR ALONZO (17) | § |
| JOSE PLATA (18) | § |
| GIOVANNA TELLEZ (19) | § |
|   a.k.a. "Giovanna Cruz" | § |
| KEVIN ALEXIS ALVAREZ (20) | § |
| MARK ANTHONY LOPEZ (21) | § |

| | |
|---|---|
| JOAQUIN JOEL MONTEMAYOR (22) | § |
| SERGIO LUIS TEJEDA NUNEZ (23) | § |
|   a.k.a. "Checo" "Cheko" | § |
| SERGIO LEAL (24) | § |
|   a.k.a. "El Bull" "Bull" | § |
| JOSE HUMBERTO CASTRO TREJO (25) | § |
|   a.k.a. "Francisco Castro Trejo" "Paco: | § |
|   "Pacoroo" | § |
| JOSE PORRAS CARMONA (26) | § |
| FRANCISCO JAVIER HERNANDEZ CELAYA (27) | § |
|   a.k.a. "Paquillo" | § |
| JOSE HUMBERTO BARRERA (28) | § |
|   a.k.a. "Pepe" | § |
| LUIS EDMONDO VASQUEZ (29) | § |
| ERIC ALEXANDER MARTINEZ (30) | § |
| JAIME ENRIQUE GARZA JUAREZ (31) | § |
| ELIUD CHAPA MORALES (32) | § |
| JESSWEN RIVERA (33) | § |
| JAVIER NEIRA, JR. (34) | § |
|   a.k.a. "Javi" | § |
| ROQUE RUBEN CELESTINO (35) | § |
| JOSE LUIS HERNANDEZ (36) | § |
|   a.k.a. "Cuate" | § |
| JOSE FERNANDO HERNANDEZ PERALES (37) | § |
| JORGE ELIAS GOLARTE (38) | § |
| DAVID ROBERT VELA (39) | § |
|   a.k.a. "Primo" | § |

## NOTICE OF PENALTY

### Count One

Violation:           21 U.S.C. § 846

Penalty:            If 1 kilogram or more of heroin, 500 grams or more of methamphetamine or 50 grams or more of methamphetamine actual, or 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine: not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5

Notice of Penalty
Page 2

          years  If 100 kilogram or more of marijuana, not less than 5 years nor more than 40 years imprisonment, a fine not to exceed $5 million, or both; supervised release of at least 3 years.

Special Assessment:  $100.00